**MARINEMAX, INC., a foreign corporation, Newcoast Financial Services, LLC, a foreign corporation, Plaintiffs–Appellants Cross Appellees,**

v.

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a foreign corporation, Defendant–Appellee Cross Appellant.**

No. 14–13492.

United States Court of Appeals, Eleventh Circuit.

Oct. 6, 2015.

Brenton N. Ver Ploeg, Benjamin C. Hassebrock, Ver Ploeg & Lumpkin, PA, Jeffrey Michael Cohen, Carlton Fields Jorden Burt, PA, Miami, FL, Amy Ferrera, Attorney at Law, Michael S. Rywant, Rywant Alvarez Jones Russo & Guyton, PA, Tampa, FL, for Plaintiffs–Appellants–Cross Appellees.

Nancy Carolyn Ciampa, Sylvia H. Walbolt, Carlton Fields Jorden Burt, PA, Tampa, FL, Defendant–Appellee–Cross–Appellant.

Before TJOFLAT and HULL, Circuit Judges, and HALL,* District Judge.

PER CURIAM:

After review of the record and with the benefit of oral argument by counsel for the parties, this Court affirms the district court's February 4, 2013 order (1) granting defendant National Union Fire Insurance Company of Pittsburgh, PA's ("National Union's") motion for summary judgment with respect to the Regions Bank claim against plaintiff MarineMax,[1] and denying plaintiff MarineMax's motion for summary judgment with respect to that Regions Bank claim; and (2) granting plaintiff MarineMax's motion for summary judgment with respect to the KeyBank claim against plaintiff MarineMax, and denying defendant National Union's motion for summary judgment with respect to that KeyBank claim. Accordingly, we affirm the district court's final judgment that plaintiff MarineMax shall recover nothing with respect to the Regions Bank claim and shall recover $39,903.27 against defendant National Union with respect to the KeyBank claim.

**AFFIRMED.**

---

\* Honorable J. Randal Hall, United States District Judge for the Southern District of Georgia, sitting by designation.

1. Both MarineMax, Inc. ("MarineMax") and Newcoast Financial Services, LLC ("Newcoast") are plaintiffs in this action. Because

Newcoast is a wholly-owned subsidiary of MarineMax and because MarineMax and Newcoast are both insureds under the insurance policy at issue, we refer to the insured plaintiffs as MarineMax throughout.